ORIGINAL

FILED
U.S. DISTRICT COURT
STA DIV.

2015 NOV 20 PM 3:42

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

REGINALDO VIANA DE SA, )
)
    Petitioner, )
)
v. ) CV 314-112
)
STACEY N. STONE, Warden, )
)
    Respondent. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES WITH PREJUDICE** the petition filed pursuant to 28 U.S.C. § 2241, **DIRECTS** the Clerk to enter an appropriate final judgment, and **CLOSES** this civil action.

SO ORDERED this 20th day of November, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE